# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2893

**Caption [use short title]**

**Motion for:** Permission to Withdraw Appeal (w/o Prejudice)

**Set forth below precise, complete statement of relief sought:**
Defendant-Appellant Jacob Israel Walden's Motion to Withdraw Appeal Without Prejudice

U.S. v. Jacob Israel Walden

**MOVING PARTY:** Jacob Israel Walden  **OPPOSING PARTY:** U.S. Attorney's Office

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Brian Spears  **OPPOSING ATTORNEY:** AUSA Leonid Sandlar

*[name of attorney, with firm, address, phone number and e-mail]*

Spears Manning & Martini LLC
2425 Post Road, Suite 203, Southport, CT 06890
203-292-9766; bspears@spearsmanning.com

Criminal Division, Fraud Section, U.S. Department of Justice
271-A Cadman Plaza East
718-254-8879; Leonid.Sandlar@usdoj.gov

**Court- Judge/ Agency appealed from:** Honorable Gary R. Brown

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Brian E. Spears  **Date:** February 11, 2026  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
             Appellee                                  :    No. 25-2893
                                                       :
v.                                                     :
                                                       :
                                                       :
JACOB ISRAEL WALDEN,                                   :
                                                       :
             Defendant-Appellant                       :    February 11, 2026
                                                       :
-------------------------------------------------------x
```

### DEFENDANT-APPELLANT JACOB WALDEN'S
### MOTION TO WITHDRAW APPEAL WITHOUT PREJUDICE

Defendant Jacob Israel Walden hereby moves to withdraw the above-captioned appeal without prejudice. In connection with this motion underside counsel represents as follows:

1. On August 21, 2024, Defendant was arrested for possession of child pornography in violation of 18 U.S.C. § 2252(a)(4).

2. On December 18, 2024, a grand jury in the Eastern District of New York indicted Defendant and charged him in four counts, two of which were for child exploitation in violation of 18 U.S.C. § 2251(a) & (e) and two of which were for receipt and possession of child pornography in violation of § 2252(a)(2) & (4). (ECF No. 31.)

3. On April 23, 2025, Defendant filed a Motion to Suppress in which he challenged evidence obtained in violation of the Fourth and Fifth Amendments of the United States Constitution relating to a search and seizure of his cell phone without a warrant and an interrogation at John F. Kennedy International Airport. (ECF Nos. 58 & 59.) The District Court (Brown, J.) conducted an evidentiary hearing on August 25, 2025. (ECF No. 80.)

4. On November 12, 2025, in a written decision, the District Court denied Defendant's Motion to Suppress ("Decision"). (ECF No. 88.)

5. On November 12, 2025, the same day that the District Court denied the Motion to Suppress, Defendant filed a Notice of Appeal. (ECF No. 90.)

6. Simultaneously, with the filing of this Motion to Withdraw, undersigned counsel appeared on behalf of Defendant.

7. Withdrawal of this appeal *without prejudice* is warranted because: (a) the Notice of Appeal was filed before entry of final judgment in the District Court; and (b) Defendant intends to appeal the District Court's Decision denying his Motion to Suppress when the Decision becomes an appealable order.

8. Defendant expressly reserves all appellate rights that he has with respect to the proceedings in the District Court in the case captioned *United States v. Walden*, 2:24CR00521 GRB..

9. Undersigned counsel has contacted government counsel who has no objection to the granting of this motion without prejudice.

WHEREFORE, Defendant Jacob Walden hereby moves to withdraw the above-captioned appeal without prejudice to exercising his appellate rights at a later point in the proceedings, including in the event that a judgment of conviction enters against him.

Respectfully Requested,
DEFENDANT-APPELLANT
JACOB ISRAEL WALDEN

By: /s/ Brian E. Spears
Brian E. Spears
Federal Bar No. ct14240
BRIAN SPEARS LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9682
Email: bspears@brianspearsllc.com

2

## CERTIFICATION

I hereby certify that on February 11, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Brian E. Spears*
Brian E. Spears
Federal Bar No. ct14240
BRIAN SPEARS LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9682
Email: bspears@brianspearsllc.com