# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-six.

_____

United States of America,

        Appellee,

  v.

Jacob Israel Walden,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 25-2893

Appellant moves to withdraw the appeal.

IT IS HEREBY ORDERED that the motion is DENIED without prejudice to renewal. Any renewed motion must include the Appellant's signed statement pursuant to Local Rule 42.2.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court